UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mr. B.A. Draughn,                             Civil No. 07-120 DSD/SRN

        Plaintiff,

v.

                                              ORDER

President Bush,

        Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 17, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED: September 11, 2007

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court